Daniel COHEE, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 256, 2016

Supreme Court of Delaware.

Submitted: September 27, 2016

Decided: November 14, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1004008353

AFFIRMED.